```
             IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

WILLIAM L. SCOTT,                  )
                                   )
        Plaintiff                  )
                                   )
    v.                             )    No. 11-1342 (GK)
                                   )
DISTRICT OF COLUMBIA               )
HOUSING AUTHORITY,                 )
                                   )
        Defendant                  )
```

**NOTICE OF DISMISSAL**

COMES NOW Plaintiff, by counsel, and notifies the court, pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(i), that he dismisses the instant action.  Defendant has not served either an answer or a motion for summary judgment.

```
                         Respectfully Submitted,

                         William L. Scott
                         By Counsel


                         /s/Stephen P. Halbrook
                         Stephen P. Halbrook
                         D.C. Bar No. 379799


                         /s/Richard E. Gardiner
                         Richard E. Gardiner
                         D.C. Bar No. 386915

                         3925 Chain Bridge Road
                         Suite 403
                         Fairfax, VA  22030
                         (703) 352-7276
```